IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BLAKE ALLEN BREWER**                                                                          **PLAINTIFF**

V.                                    **CASE NO. 5:24-CV-5233**

**DETECTIVE LIRA, Centerton Police Department (CPD);**
**OFFICER BLOWER, CPD; and OFFICER DEVERA, CPD**              **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 43) filed in this case on November 20, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 9th day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE